# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>John King<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No.<br><br>1:15-MJ-00126-BAM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 16, 2015__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | 1. The defendant was convicted of a crime punishable by more than a year imprisonment did knowingly possess ammunition that had been shipped and transported in foreign and interstate commerce. |

This criminal complaint is based on these facts:
See affidavit of Special Agent Sherri Reynolds, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Sherri Reynolds, ATF Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 8/28/15

_____
Judge's signature

City and state: Fresno, California     Barbara A. McAuliffe, US Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Sherri Reynolds, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, being duly sworn, do declare and state:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since December of 2009. I am currently assigned to the San Francisco Field Division in the Fresno Field Office. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior.

2. During the course of my employment with ATF, I have investigated criminal violations relating to firearms, explosives, arson, violent crime, criminal street gangs and narcotics. I have participated in all aspects of criminal investigations, including, but not limited to, interviews, physical surveillance, and the execution of search warrants. I have personally investigated and/or assisted other agents and officers in their investigations involving violations of Title 18 Unites States Code, Section 922(g)(1), felon in possession of a firearm or ammunition, Title 18, United States Code, Section 924(c), use and/or possession of a firearm during and in furtherance of a drug trafficking crime; Title 21, United States Code, Section 841(a)(1), the manufacture of, distribution of and possession with intent to distribute controlled substances; and Title 21, United States Code, Section 846, conspiracy to commit the foregoing. I am familiar with, and have participated in, conventional investigative methods, including, but not limited to, electronic surveillance, visual surveillance, the use of GPS/E-911 data, questioning of witnesses, search warrants, confidential informants, and pen registers and trap and trace devices. I have also conducted a T-III narcotics investigation as the case agent.

3. This Affidavit supports a complaint charging John KING with being a felon in possession of a firearm and/ or ammunition in violation of Title 18, United States Code, Section 922(g)(1).

PROBABLE CAUSE

4. I obtained the information contained herein by speaking with Officer Jeffery Logue and reviewed reports of law enforcement officers, except as otherwise noted.

5. On August 16, 2015, John KING (hereinafter "KING") was arrested for being a felon in possession of ammunition following the search of his vehicle.

6. On August 16, 2015, Fresno Police Department (FPD) Officer Jeffery Logue and Officer Michael Fortune were on patrol in a marked unit. The Officers observed a vehicle and Officer Fortune conducted a query of the license plate through the FPD ECOMM database. The query indicated the vehicle was a suspect vehicle at large in a domestic violence case and the registered owner of the vehicle was KING. At this time, officers conducted an investigative traffic stop on the vehicle. Officer Logue contacted the driver, who identified himself as KING. KING provided Officer Logue a valid California driver's license. Officer Fortune made contact with the other passengers who were later identified as Frank Lopez, Anthony Gainey and Robert Hernandez. Officer Logue and Officer Fortune returned to their patrol vehicle and conducted a query through the ECOMM and Fresno Sheriff's Office QCAD databases on the four males. Officer Fortune reviewed the daily crime bulletin, and found KING was wanted for inflicting corporal injury to a spouse or cohabitant. After learning KING was wanted, officer Logue requested additional police units respond to their location prior to arresting KING. After the extra police units arrived, all of the occupants were removed from the vehicle and KING was arrested without incident.

7. As the officers, which included Officer Ramos and Officer Montoya, removed the passengers from the vehicle, one of the males, who was sitting in the right rear passenger seat, who was identified by Officer Logue as Anthony Gainey, made the statement that he was on felony probation and was open to search and seizure. Officer Logue and Officer Fortune previously confirmed Anthony Gainey's statement about his probation status when they

queried the names though the ECOMM and FSO QCAD databases. Officer Logue, Officer Fortune, Officer Ramos and Officer Montoya conducted a subsequent search of the vehicle. Officer Fortune located five (5) rounds of Winchester .32 caliber ammunition in the pocket on the backside of passenger seat. After Officer Fortune removed the ammunition from the vehicle and was walking back towards the patrol vehicle, Anthony Gainey, who was sitting in the backseat of a patrol vehicle, immediately made the spontaneous statement to Officer Logue that the ammunition was not his.

8. During a search of the trunk, Officer Ramos and Officer Montoya located a box containing 39 rounds of .32 caliber Winchester ammunition and an Uncle Mike's firearm holster that was empty. Officer Ramos and Officer Montoya provided the previously mentioned box of ammunition and firearm holster to Officer Logue for processing. Officer Logue returned to the patrol vehicle that KING was sitting in. When Officer Logue sat down in the vehicle, KING made the spontaneous statement that the ammunition was his and indicated he previously found it while he was working in Hanford, California. Officer Logue did not ask KING any questions at this time. After being transported for processing, Officer Fortune provided KING his Miranda rights, which he indicated he understood. However, when Officer Fortune asked KING if he wanted to talk, KING walked away from Officer Fortune and did not make any statements.

9. On August 27, 2015, I consulted with ATF Special Agent George Jusino, who specializes in the interstate nexus of firearms and ammunition and Agent Jusino indicated that Winchester ammunition is not manufactured in California.

10. I reviewed KING's criminal history and the Fresno County Superior Court online record database. KING has prior felony convictions for possession of a controlled substance in 2010, assault with a deadly weapon not a firearm in 2010 and 2nd degree burglary in 2012.

11. Based on the information in this affidavit, there is probable cause that KING knowingly possessed ammunition as a felon in violation of Title 18, United States Code, sections 922(g)(1). I declare under penalty of perjury that the foregoing is true and correct to

3

1  the best of my knowledge.

_____
Sherri Reynolds, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed to and Sworn before me
On this ___ day of August 2015.

_____
Honorable
United States Magistrate Judge

Reviewed and approved as to from:

_____
Kimberly Sanchez
Assistant United States Attorney

4