AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| JOHN KING | ) | 1:15-m-7-00126-BAM |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     John King
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   Title 18, United States Code, Section 922(g)(1), felon in possession of ammunition.

Date:  8/28/15

_Issuing officer's signature_

City and state:     Fresno, California

Barbara A. McAuliffe, US Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  2/5/16 , and the person was arrested on _(date)_  2/5/16 at _(city and state)_  WASCO, CA |
| Date:  2/8/16 |
| _Arresting officer's signature_ SEAN HALLENBECK, DUSM ~~U.S. Magistrate Judge~~ _Printed name and title_ |

9885515