PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JOHN KING,<br><br>　　　　　　　　　Defendant. | No. 1:16-CR-00022 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Galatea DeLapp, attorney for the defendant, that the status conference hearing on a supervised release violation set for July 9, 2021 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, be continued to July 23, 2021 at 1:00 pm before Magistrate Judge Sheila K. Oberto. The parties request additional time to discuss the potential sentencing recommendations with U.S. Probation.

**[Remainder of page intentionally left blank.]**

The parties believe that the requested time is sufficient to be in a position to ascertain whether this case will resolve via contested hearing or admission.

Dated: July 7, 2021                          Respectfully submitted,

                                                   PHILLIP A. TALBERT
                                                   Acting United States Attorney

                                        By      /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
                                                    Assistant U.S. Attorney

Dated: July 7, 2021                           /s/ Galatea DeLapp
                                                   GALATEA DeLAPP
                                                   Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, and for good cause shown, the status conference hearing on a supervised release violation currently set for July 9, 2021 before the Honorable Erica P. Grosjean, U.S. Magistrate Judge, shall be continued to July 23, 2021 at 1:00 pm before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **July 7, 2021**                                  /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE