IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JOHN KING,<br><br>               Defendant. | Case No.:  1:16-CR-00022-001 DAD<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on November 19, 2021, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **November 19, 2021**   _____
                                                      UNITED STATES DISTRICT JUDGE